**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **DONGGUAN PUJI ELECTRONICS CO., LTD.,**<br>**AND**<br>**WUHAN YOUYOU LUMING INFORMATION TECHNOLOGY CO., LTD.,**<br> Plaintiffs,<br><br> v.<br><br>**DONGGUAN LIANGUANG ELECTRONICS TECHNOLOGY CO., LTD.**<br> Defendant. | **Case No.: 1:26-cv-xxxx**<br><br>**Judge** |

## <u>LR 3.2 NOTIFICATION OF AFFILIATES</u>

Pursuant to Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois, Plaintiffs Dongguan Puji Electronics Co., Ltd and Wuhan Youyou Luming Information Technology Co., Ltd., hereby disclose the following affiliates that own more than 5% of their shares:

Plaintiff Dongguan Puji Electronics Co., Ltd d/b/a PUJIMAX Global A on Temu, hereby states that it has no corporate affiliates. Plaintiff Dongguan Puji Electronics Co., Ltd is a Chinese limited company owned by three natural persons, Mingming Zhang, Weiwei Zhang, Xufei Gong.

Plaintiff Wuhan Youyou Luming Information Technology Co., Ltd., Ltd d/b/a PUJIMAX Home Local on Temu, hereby states that it has no corporate affiliates. Plaintiff Wuhan Youyou Luming Information Technology Co., Ltd. is a Chinese limited company owned by two natural persons, Maosheng Ye, Bo Lyu.

DATED: March 25, 2026

1

Respectfully submitted,

/s/ Ziqi Yu
Ziqi Yu (NDIL Federal Bar No. 346236)
procollider@pm.me
5794 Bird Rd Unit 554
Miami, FL 33155
Telephone: (415) 519-5274

/s/ Meng Li
Sapiens Law, PC.
meng@sapiens.law
11400 Airport Rd., Ste. 200
Everett, WA 98204


Counsel for Plaintiffs
Dongguan Puji Electronics Co., Ltd.
and
Wuhan Youyou Luming
Information Technology Co., Ltd.